# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| FREIGHTGATE, INC. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 24-cv-04889-WB |
| 9206-7586 QUEBEC INC. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  9206-7586 Quebec Inc. d/b/a Ilco Transit
Attn: Authorized Agent
440 Sainte Hélène St Suite 200
Montreal, Quebec H2Y 2K7
Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HOLLY S. MILLER
Gellert Seitz Busenkell & Brown, LLC
Pennsylvania
901 Market Street
Suite 3020
Philadelphia, PA 19107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**George Wylesol, Clerk of Court**
**U.S. District Court, Eastern District of PA**

Date: 9/17/2024

*CLERK OF COURT*

s/*Stephen Gill*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   24-cv-04889-WB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**B E T W E E N:**

Freightgate Inc.

**Plaintiff**

-and-

9206-7586 Quebec Inc. d/b/a Ilco Transit

**Defendant**

### AFFIDAVIT OF SERVICE

I, **ANNABELLE LABRIE,** Bailiff of the City of MONTREAL, in the Province of **QUEBEC Make Oath And Say:**

1. That on October 07, 2024 at or about the hour of 12:20 PM, I served **9206-7586 Quebec Inc. d/b/a Ilco Transit** with a true copy of the **COMPLAINT, ORDER and SUMMONS IN A CIVIL ACTION** by leaving the aforesaid with **HAFIZE ILERI, Administrator** at the place of business of **9206-7586 Quebec Inc. d/b/a Ilco Transit** located at 440 Sainte Hélène St Suite 200, Montreal, Quebec, Canada, H2Y 2K7.

2. That I was able to identify the person by the means of their acknowledgement as to being **HAFIZE ILERI**, a person appearing and admitting to be in the management and or control of the place of business of **9206-7586 Quebec Inc. d/b/a Ilco Transit.**

Sworn before me at the
City of MONTREAL
In the Province of QUEBEC
On October 9, OCTOBER, 2024

Commissioner Of Oaths for the Province of Quebec

**ANNABELLE LABRIE**